## SECOND DEPARTMENT, DECEMBER, 1917.

OSCAR BAMBERGER and FERDINAND LOEB, Plaintiffs, v. MEYER TRACE and LILLIE TRACE, Defendants.— Motion for stay denied, with ten dollars costs. The defendant Lillie Trace may raise her claim of privilege to any question put upon the examination, but that cannot prevent any examination at all. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

JAMES W. CROOKS and Others, Respondents, v. THE AEOLIAN COMPANY, Appellant.— Motion to resettle order granted, so as to make the decretal part of the order read as follows: It is hereby ordered and adjudged that the judgment and order so appealed from be and the same hereby are unanimously affirmed; that the findings of fact numbered respectively 27, 28, 29, 30, 33, 34 and 35, be reversed, and that the other findings of fact be and are unanimously affirmed, and that the respondents recover of the appellant the costs of this appeal. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

GEORGE C. DOBBS, Appellant, v. RAYMOND D. POWELL and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

ANNIE L. DUNN and Another, Respondents, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the January, 1918, term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Stapleton, Mills, Rich and Putnam, JJ.

MAY M. GUGEL and Another, Appellants, v. EVERETT S. HISCOX and Another, Respondents. DAISY E. HISCOX ATCHINSON, as Executrix, etc., Appellant.— Motion granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Petition of ROBERT L. CHAPMAN to Prove the Last Will and Testament of MARTHA E. CHAPMAN, Deceased.— Motion for reargument denied. Present — Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application, etc., for Removal of a Town Clerk, on Complaint of JOHN C. KENNAHAN, against THOMAS O'CONNELL, as Town Clerk of the Town of North Hempstead, etc.— Motion to amend granted, with leave to respondent, within ten days, to answer the amended petition. Present — Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application, etc., for Removal of a Town Clerk, on Complaint of JOHN C. KENNAHAN, against THOMAS O'CONNELL, as Town Clerk of the Town of North Hempstead, etc.— Motion to dismiss the charges specified in the original petition on the ground that the offenses took place in a prior term of office, denied, without prejudice to a reconsideration of the question upon the merits upon the final submission. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

In the Matter of the Application of EMILIO PAUL YASELLI for Admission